147 A.3d 394

**NORMAN, Joseph, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 352, Sept.Term, 2016**

Court of Appeals of Maryland.

October 12, 2016

Opinion of the Court of Special Appeals unreported (No. 1408, Sept. Term, 2015).

Petition for writ of certiorari granted.

■

147 A.3d 394

**STATE of Maryland**

v.

**BAKER, Andrew**

**Pet. Docket No. 328, Sept.Term, 2016**

Court of Appeals of Maryland.

October 12, 2016

Opinion of the Court of Special Appeals unreported (No. 1467, Sept. Term, 2015).

Petition for writ of certiorari granted.